Judge Tagle                                    4-25-19

Yes Maam Your Honor Im writing to Ask that the following Document be Entered into my Case file as Evidence Id Also like to mention Im in Administrative Segregation where I've Been Housed Since I left the County Jail after my incident please note I haven't had any Contact w/ Inmates or offenders there for the injury is as was Recieved by Nueces County Personel Namely officers Martinez, Benavides as You Can See by the Copy of the original X Ray the 5th - 6th Ribs were mentioned and as you may See by the following Document the 5th thru 10th Ribs are effected this Shows a worsening condition and Id further More like to Clarify That Im Suing Each of the Accused for 3500.00 Each. Please Note Finally I spoke to Honorable Judge Libby on 3-29-19 at which time he was gonna make Decisions I feel that the Advisement of this Document will Help in that Process Thank you for your time and note this is a Copy of this Document

Sincerly Lawrence Woodson
SW