Case 2:19-cv-00067   Document 34   Filed on 09/18/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LAWRENCE WOODSON SHORT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-67 |
| § | |
| JIM KALEN, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER SUBSTITUTING OFFICER
### GAGE HINOJOSA FOR DEFENDANT BENAVIDES
### AND ORDER FOR SERVICE OF PROCESS

Plaintiff Lawrence Woodson Short is a Texas inmate appearing *pro se* in this civil rights action. Plaintiff named an Officer Benavides as a defendant alleging Officer Benavides was involved in an incident giving rise to Plaintiff's claims for excessive force. Counsel for Nueces County has filed an affidavit indicating Plaintiff has misidentified this defendant in that there was not an Officer Benavides present during the incident, but rather Officer Gage Hinojosa was present. (D.E. 14, 15). A hearing was held on today's date at which the undersigned found Defendant Officer Benavides is actually correctly identified as Officer Gage Hinojosa. Therefore, it is

ORDERED that Gage Hinojosa is SUBSTITUTED for Officer Benavides as a defendant in this case. The Clerk of Court is instructed to substitute Mr. Hinojosa for Officer Benavides on the Court's docket. It is further

ORDERED that the Clerk of the Court shall issue summons and the U.S. Marshal shall serve copies of Plaintiff's original complaint (D.E. 1), the Memorandum and Recommendation to Dismiss Certain Claims and to Retain Case (D.E. 10) and this Order on Laura Garza Jimenez, County Attorney for Nueces County, ATTN: Jenny Cron, 901 Leopard St., Corpus Christi, TX, 78401.

ORDERED this 18th day of September 2019.

                                           Jason B. Libby
                                 United States Magistrate Judge